WHITE OAK COAL COMPANY, Respondent, Appellant, v. PANAMA RAILROAD COMPANY, Appellant, Respondent.— Judgment affirmed, without costs. No

opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ. [136 Misc. 723.]